AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| KING, GARR M. | DISTRICT OF OREGON | 05/02/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| SENIOR UNITED STATES DISTRICT JUDGE | ☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

907 UNITED STATES COURTHOUSE
1000 SW THIRD AVENUE
PORTLAND, OREGON 97204

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | PRESIDENT/DIRECTOR | KING FAMILY FOUNDATION |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M. | 05/02/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **KING, GARR M.** | 05/02/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M. | 05/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. HEADER [ ] ACCOUNTS | | | | | | | | | |
| 2. BP PLC SPON ADR | B | Dividend | | | Sold | 1/24/12 | K | | |
| 3. BOEING COMPANY | A | Dividend | K | T | | | | | |
| 4. CASH IN BROKERAGE ACCTS. UBS Resource Mgmt. Acct. | D | Interest | O | T | | | | | |
| 5. CISCO SYSTEMS INC | | None | K | T | | | | | |
| 6. COMM. FINANCIAL LTD PARTNERSHIP (MIDCO) | A | Interest | J | T | | | | | |
| 7. EXXON MOBIL CORP | B | Dividend | L | T | | | | | |
| 8. GENL ELECTRIC CO | A | Dividend | K | T | | | | | |
| 9. INTEL CORP | A | Dividend | K | T | | | | | |
| 10. ISHARES TRUST RUSSELL 1000 INDEX | D | Dividend | M | T | | | | | |
| 11. ISHARES TRUST S&P SMALL CAP 600 INDEX FUND | B | Dividend | L | T | | | | | |
| 12. JPMORGAN CHASE & CO | B | Dividend | K | T | | | | | |
| 13. JOHNSON & JOHNSON COM | A | Dividend | K | T | | | | | |
| 14. M & P CO. (Real Estate Partnership) Salt Lake City, UT | E | Rent | L | W | | | | | |
| 15. MEDTRONIC INC. | A | Dividend | | | Sold | 2/24/12 | K | | |
| 16. MICROSOFT CORP | | None | K | T | | | | | |
| 17. ORACLE CORP | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M. | 05/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PROCTER & GAMBLE CO | A | Dividend | K | T | | | | | |
| 19. SPDR KBW BANK ETF | A | Dividend | | | Sold | 1/24/12 | K | E | |
| 20. SPDR S&P MIDCAP 400 ETF TR | C | Dividend | | | Sold | 1/24/12 | K | D | |
| 21. HEALTH CARE SELECT SECTOR SPDR FUND | C | Dividend | M | T | | | | | |
| 22. ENERGY SECTOR SPDR TRUST SHARES | C | Dividend | M | T | | | | | |
| 23. FINANCIAL SECTOR SPDR TRUST ETF | B | Dividend | L | T | | | | | |
| 24. US BANCORP DEL (NEW) | B | Dividend | L | T | | | | | |
| 25. US NATIONAL BANK | A | Interest | M | T | | | | | |
| 26. FT-FRANKLIN OR T/F INCOME A | D | Dividend | N | T | | | | | |
| 27. HEADER | | | | | | | | | |
| 28. HEADER ▓▓▓▓▓▓ ACCOUNT | | | | | | | | | |
| 29. ISHARES S&P 100 INDEX FUND | B | Dividend | L | T | | | | | |
| 30. SPDR S&P 500 ETF TR | B | Dividend | L | T | | | | | |
| 31. MIDCAP SPDR | B | Dividend | L | T | | | | | |
| 32. HEALTH CARE SELECT SECTOR SPDR FUND | B | Dividend | K | T | | | | | |
| 33. UNITED PARCEL SERVICE INC CL B | B | Dividend | K | T | | | | | |
| 34. VANGUARD MSCI EAFE ETF | A | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M. | 05/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. DESCHUTES CNTY ORE NPFG B/E/R 3.5 060115 DTD | B | Interest | L | T | | | | | |
| 36. WASHINGTON CNTY OR BE/R/ 4 DUE 060115 DTD | B | Interest | L | T | | | | | |
| 37. CLACKAMAS CNTY OR BE/R/ 4 DUE 060118 DTD | C | Interest | M | T | | | | | |
| 38. PORTLAND ORE HSG AUTH M/F REV DAWSON PD PRJ/R/ 6.75 | A | Interest | K | T | | | | | |
| 39. MULT. CO. OR. SD#3 | B | Interest | M | T | | | | | |
| 40. YAMHILL CO. OR. SCH. | B | Interest | M | T | | | | | |
| 41. MONMOUTH OR | B | Interest | M | T | | | | | |
| 42. OR STATE BD. HGR EDU | B | Interest | M | T | | | | | |
| 43. HEADER | | | | | | | | | |
| 44. HEADER IRA | | | | | | | | | |
| 45. AMERICAN FUNDS CAPITAL WORLD GROWTH & INCOME FUND CLASS F | B | Dividend | L | T | | | | | |
| 46. DWS DREMAN SMALL CAP VALUE FUND CLASS A | A | Dividend | K | T | | | | | |
| 47. DODGE & COX INT'L STOCK FUND | A | Dividend | K | T | | | | | |
| 48. AMERICAN FUNDS EURO PACIFIC FUND CLASS F | B | Dividend | L | T | | | | | |
| 49. FPA CAPITAL FUND INC | A | Dividend | K | T | | | | | |
| 50. IVY ASSET STRATEGY FUND CLASS A | A | Dividend | K | T | | | | | |
| 51. LOOMIS SAYLES STRATEGIC INCOME FUND CLASS A | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M. | 05/02/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. MATTHEWS ASIAN GROWTH & INCOME FUND CLASS INV | A | Dividend | K | T | | | | | |
| 53. OPPENHEIMER INT'L BOND FD CL A | C | Dividend | M | T | | | | | |
| 54. FT TEMPLETON GLOBAL BOND A | B | Dividend | M | T | | | | | |
| 55. VAN ECK GLOBAL HARD ASSETS FUND CLASS A | A | Dividend | K | T | | | | | |
| 56. HEWLET PACKARD CO. | A | Dividend | | | Sold | 1/24/12 | K | D | |
| 57. HEADER ***See VIII*** | | | | | | | | | |
| 58. HEADER KING FAMILY FOUNDATION | | | | | | | | | |
| 59. SPDR S&P 500 ETF TR | B | Dividend | L | T | | | | | |
| 60. SPDR S&P MIDCAP 400 ETF TR | B | Dividend | L | T | | | | | |
| 61. VANGUARD TOTAL STOCK MKT ETF | A | Dividend | K | T | | | | | |
| 62. DAVIS NEW YORK VENTURE FD CL A | B | Dividend | L | T | | | | | |
| 63. AMERICAN FUNDS EURO PACIFIC FUNDS CLASS F | B | Interest | L | T | | | | | |
| 64. FPA CAPITAL FUND INC | A | Interest | K | T | | | | | |
| 65. AMERICAN FUNDS GROWTH FUND OF AMERICA CL F | A | Interest | K | T | | | | | |
| 66. HARBOR INT'L FUND INVESTOR CLASS | A | Interest | K | T | | | | | |
| 67. FT MUTUAL SHARES A | A | Interest | K | T | | | | | |
| 68. PIMCO TOTAL RETURN FUND CLASS A | D | Interest | L | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M. | 05/02/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. FT TEMPLETON GLOBAL BOND A | C | Interest | M | T | | | | | |
| 70. | | | | | | | | | |
| 71. | | | | | | | | | |
| 72. | | | | | | | | | |
| 73. | | | | | | | | | |
| 74. | | | | | | | | | |
| 75. | | | | | | | | | |
| 76. | | | | | | | | | |
| 77. | | | | | | | | | |
| 78. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In the past, I have been the Trustee of the [          ] Trust. In November 2012, I resigned as Trustee, and all assets were transferred to the account of the new trustees. I have never owned or had an interest in any of the Trust assets. The Trust assets were set forth in lines 61-72 of the 2011 filing, and are deleted on this 2012 filing. I had no interest or duties in the Trust as of 12/31/2012.

Very truly yours,

Garr M. King

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M. | 05/02/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **S/ GARR M. KING**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544